```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

MATTHEW LOPEZ, ET AL           *           CIVIL ACTION

VERSUS                         *           NO: 06-0045

CERES ENVIRONMENTAL            *           SECTION: "D"(5)
SERVICES, INC.
```

**ORDER AND REASONS**

Before the court is the **"Motion to Dismiss, or in the Alternative, to Stay This Action"** filed by Defendant, Ceres Environmental Services, Inc. (Ceres). Plaintiff, Matthew Lopez d/b/a Dozer Tractor & Truck Services (Lopez), opposes the motion. The motion was set for hearing on Wednesday, March 29, 2006, and the court heard oral argument (at the request of Defendant) on Thursday, March 30, 2006. Now, having considered the memoranda and argument of counsel, the record, and the applicable law, the court finds that this matter should be stayed pending mediation and arbitration.

Ceres and Lopez entered into a "Subcontract Agreement for Debris Collection, Hauling, Processing, Reduction and/or Disposal of Debris for recovery and Relief Contracts Following Hurricane Katrina." (*See* Subcontract, attached as Defendant's Exhibit 1).

Article 15 of this Subcontract provides:

> **Article 15. - Disputes.** Any dispute arising under this Agreement or the work of this project shall be resolved using the Construction Industry Rules of the American Arbitration Association ("AAA"). The site of the arbitration shall be Minneapolis, Minnesota, unless otherwise agreed by the parties. In an effort to reduce cost, the arbitration demand need not, however, be filed with the AAA ... Any such arbitration shall be binding on the parties and any award rendered by the arbitrator(s) shall be final, and judgment may be entered upon it in accordance with applicable law.   As a condition precedent to any arbitration proceeding or litigation, the parties agree to submit to a non-binding mediation proceeding prior to arbitration with the associated costs to be shared equally.

(*Id*. at Article 15).

Accordingly;

**IT IS ORDERED** that Defendant's alternative **Motion to Stay** be and is hereby **GRANTED**, pending non-binding mediation and binding arbitration as required by the Subcontract between Lopez and Ceres;

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action closed for statistical purposes; and

**IT IS FURTHER ORDERED** that the court shall retain jurisdiction and the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this administrative closure shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this **30th** day of **March, 2006**.

                                                                                           _____
                                                                                            A.J. McNAMARA
                                                                    UNITED STATES DISTRICT JUDGE